DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON JAMES KOHRS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3339

[May 14, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael James Linn, Judge; L.T. Case No. 562020CF002326AXXXXX.

Daniel Eisinger, Public Defender, and Sue-Ellen Kenny, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***